**No. 57222.**—Leed Sales Co., Inc., and Davies, Turner & Co. *v.* United States, protest 137087–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of shredded or grated coconut meat in light sirup similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiffs was sustained.